IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    CASE NO. 09-20073-002

TWQUINA TERRY                                               DEFENDANT

## ORDER

Currently before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (Doc. 17). On December 22, 2009, Defendant was granted pre-trial release with home incarceration. Defendant asks that her conditions of release be modified to permit her to seek employment and advises that United States Probation Officer Terry Ray and Assistant United States Attorney Matt Quinn do not object to this motion.

The Court, being well and sufficiently advised, finds the motion should be GRANTED. Defendant is permitted to seek employment and to maintain employment subject to the other conditions of her pre-trial release. However, any time spent outside her home confinement whether to seek employment or maintain such employment shall be pre-approved by the United States Probation Office and solely in its discretion. Further, Defendant shall at all times maintain contact with her pretrial services officer to his satisfaction.

IT IS SO ORDERED this 12th day of January 2010.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)